UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA

IN RE:  **DENNIS E KOCIK**                    Chapter 7
**Debtor**                                     Case No.:  22-60670

## AMENDED NOTICE AND MOTION TO CONVERT
## FROM CHAPTER 7 TO CHAPTER 13

Comes now the above-named debtor, by counsel, and moves this honorable court to convert this case from chapter 7 to chapter 13.

In support of said motion the debtor further states that the reason the debtor wishes to convert their case is:  the Chapter 7 Means Test calculation indicates that the debtor is not eligible to be a debtor in chapter 7.

The debtor further states that this case has not been previously converted.

The conversion of this case will be effective on the date of docketing of the Order of Conversion without necessity of a hearing unless timely objection to this motion is filed with the court and the objecting party schedules and notices a hearing pursuant to Local Rule 1017-3.

A copy of this motion is being served on the case trustee, the U. S. Trustee's Office, and all creditors.


DATED:        August 11, 2022            /s/ William Harville_____
                                          Attorney for the Debtor(s)



William T. Harville
VSB# 19802
327 W. Main Street, #3
Charlottesville, VA  22903
Tel:  434.483.5700
Fax:  434.448.0800

william@vabklaw.com